```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION


COMPANION PROPERTY & CASUALTY
INSURANCE CO.,

        Plaintiff,
v.
                              Case No. 8:13-cv-706-T-33MAP
CHARLES P. HOWARD, ET AL.,

        Defendants.
_____/
```

**ORDER**

This matter comes before the Court pursuant to Defendants' Motion to Dismiss (Doc. # 13), filed on December 5, 2012. Plaintiff responded on February 25, 2013. (Doc. # 22). Among other arguments, Plaintiff contends that it should be granted leave to amend the Complaint thereby mooting the Motion to Dismiss. (Doc. # 22). As outlined below, the Court grants leave to amend and denies the Motion to Dismiss without prejudice as moot.

**Discussion**

The present diversity breach of contract case was transferred to this Court from the United States District Court for the Northern District of Texas on March 19, 2013. (Doc. # 31). The Complaint's jurisdictional allegations pertain to Defendants' contacts with Texas, and Defendants filed a pre-transfer Motion to Dismiss based in part on

Defendants' lack of contact with Texas. (Doc. ## 1, 13). Among other arguments, Defendants assert in the Motion to Dismiss: "The Court lacks personal jurisdiction over Defendants given that Texas has no significant connection to this dispute between a South Carolina insurer and Florida-based Defendants over insurance coverage for the State of Florida, and there is no nexus between this dispute and any *minimum* contacts Defendants may have with Texas." (Doc. # 13 at 14).  Plaintiffs have requested leave to amend the Complaint. (Doc. # 22).

As this action has been transferred from Texas to Florida, the Court finds it appropriate to allow Plaintiff to file an Amended Complaint, containing appropriate jurisdictional allegations, by April 10, 2013. Accordingly, the Motion to Dismiss is rendered moot.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion for Leave to Amend the Complaint (Doc. # 22) is **GRANTED.**

(2) Plaintiff may file an Amended Complaint by **April 10, 2013.**

(3) Defendants' Motion to Dismiss (Doc. # 13) is **DENIED WITHOUT PREJUDICE AS MOOT.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of March, 2013.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record